UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-2188 (RCL) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

It appearing that the parties have agreed that this matter may be decided on dispositive motions without discovery, it is this 16th day of April, 2008,

ORDERED, that Plaintiff shall file a Motion for Judgment of Reversal on or before May 15, 2008; Defendant shall file his Motion For Judgment Of Affirmance and his Opposition To Plaintiff's Motion on or before June 16, 2008; and Plaintiff shall have to and including July 8, 2008, to respond to Defendant's filing.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, on April 16, 2008.