UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE THOMAS )<br>)<br>        Plaintiff,    )<br>)<br>-v-                        )<br>)<br>MICHAEL J. ASTRUE,    )<br>Commissioner,                )<br>Social Security Administration,    )<br>)<br>        Defendant.    )<br>_____ ) | Civil Action No. 07-2188 (RCL) |

ORDER

UPON CONSIDERATION of defendant's consent motion for an extension of time to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal, and the entire record in this case, it is by the Court this  7th  day of  July        , 2008, hereby

ORDERED, that defendant's motion is GRANTED, and it is

FURTHER ORDERED that defendant shall have to and including July 1, 2008, *nunc pro tunc*, to file his motion for judgment of affirmance and his opposition to plaintiff's motion for judgment of reversal; and it is

FURTHER ORDERED that plaintiff shall have to and including , July 21, 2008, to file his opposition to defendant's motion for judgment of affirmance and his reply memorandum in support of his motion for judgment of reversal

Signed by Chief Judge Royce C. Lamberth on July 7, 2008.